IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ARMANDO VINCENT MUNOZ,** | C 07-3846 JF |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

Defendants James Tilton, Jeanne Woodford, Suzan Hubbard, Anthony P. Kane, Ben Curry, W. J. Hill, B. Hedrick, and N. Grannis (Defendants) filed a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure based on Plaintiff's failure to state a claim under which relief could be granted. Defendants also requested that the Court grant them qualified immunity and dismiss Plaintiff's demand for punitive damages.

This Court, having considered the Motion to Dismiss, the supporting declarations and exhibits, the opposing and reply papers, the Court's files, and for good cause appearing, hereby grants Defendants' Motion to Dismiss in its entirety.

IT IS HEREBY ORDERED THAT this action is dismissed.

Dated: _____    _____
The Honorable Jeremy Fogel
U.S. District Court Judge

[Proposed] Order                                                     *Munoz  v. Tilton, et al.*
                                                                      C 07-3846 JF