1  Kevin T. Snider, State Bar No. 170988
   *Counsel of record*
2  Mathew B. McReynolds, State Bar No. 234797
   PACIFIC JUSTICE INSTITUTE
3  P.O. Box 276600
   Sacramento, CA 95827
4  Tel.  (916) 857-6900
   Fax  (916) 857-6902
5  Email: kevinsnider@pacificjustice.org
6          mattmcreynolds@pacificjustice.org

7  Attorneys for Plaintiff
   Armando V. Munoz
8

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11
                                       )   Case No.: C 07-03846 JF
12                                     )
    ARMANDO VINCENT MUNOZ,             )
13                                     )
           Plaintiff,                  )
14                                     )   **SUBSTITUTION OF COUNSEL**
    vs.                                )
15                                     )
                                       )
16                                     )
    JAMES TILTON, et. al.,             )
17                                     )   Honorable Jeremy Fogel
           Defendants.                 )
18                                     )   Complaint Filed: July 26, 2007
                                       )
19
   _____
20

21

22

23

24

25

26

27

28
   _____
                SUBSTITUTION OF COUNSEL
                CASE NO. C 07-03846 JF

1

2   PLEASE TAKE NOTICE that Plaintiff Armanda Vincent Munoz, hereby substitutes

3   Pacific Justice Institute as his attorneys of record in this action in place of Armando Vincent

4   Munoz, K-30296, Corr Training Facility-North, P.O. Box 705, Soledad, CA93960-0705, Pro Se.

5   All pleadings, orders, and notices should henceforth be served upon Kevin T. Snider and

6   Pacific Justice Institute, P.O. Box 276600, Sacramento, California 95827-6600, telephone number

7   (916) 857-6900, facsimile number (916) 857-6902.

8

9   Dated: June 5, 2008                           PACIFIC JUSTICE INSTITUTE

10

11

12                                               By: _____
                                                 Kevin T. Snider
13                                               Attorneys for Plaintiff
                                                 Armando V. Munoz
14

15  I consent to the above substitution of counsel.

16  Dated: 6/9/2008                              Armando Vincent Munoz
17

18

19                                               By: _____
                                                 Armando V. Munoz
20                                               Attorney for Plaintiff
                                                 Pro Se.
21

22  I consent to the above substitution of counsel.

SUBSTITUTION OF COUNSEL
CASE NO. C 07-03846 JF